**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.:** |
| Plaintiff, | : | **JUDGE** |
| | : | **INDICTMENT** 1:21-CR-73 |
| v. | : | Judge Dlott |
| | : | 18 U.S.C. § 2 |
| | : | 21 U.S.C. § 841(a)(1) |
| **RAMON HERNESTO HERNANDEZ (1),** | : | 21 U.S.C. § 841(b)(1)(A) |
| **JULIO ALEXANDER GARCIA-UMANA (2),** | : | 21 U.S.C. § 846 |
| **JORGE ORTIZ-BARRIOS (3), and** | : | |
| **PAUL ROGER GORE (4),** | : | |
| | : | **NOTICE OF FORFEITURE** |
| Defendants. | : | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JUN 17 PM 2: 22

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
**(Narcotics Conspiracy)**

Beginning on or about or about April 20, 2021, the exact date being unknown and continuing up to and including June 3, 2021, within the Southern District of Ohio, and elsewhere, the defendants, **RAMON HERNESTO HERNANDEZ, JULIO ALEXANDER GARCIA-UMANA, JORGE ORTIZ-BARRIOS** and **PAUL ROGER GORE**, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2
### (Possession with Intent to Distribute)

On or about June 3, 2021, within the Southern District of Ohio, the defendants, **RAMON HERNESTO HERNANDEZ** and **JULIO ALEXANDER GARCIA-UMANA**, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.**

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this Indictment, the defendants, **RAMON HERNESTO HERNANDEZ, JULIO ALEXANDER GARCIA-UMANA, JORGE ORTIZ-BARRIOS** and **PAUL ROGER GORE**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s); and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

**A TRUE BILL**

*s/ Foreperson*

**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

*Jennifer K. Weinhold*

**JENNIFER K. WEINHOLD**
**DOMINICK S. GERACE**
**ASSISTANT UNITED STATES ATTORNEYS**